# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2722
_____

Gary J. Gieselman

*Plaintiff - Appellant*

v.

Valeria Wilson Jackson, Deputy, Correctional Officer, Washington County,
Missouri, Individually; Vernon Wilson, Chief Deputy, Washington County,
Missouri, Individually; Washington County, Missouri

*Defendants - Appellees*

Chris Robert Wallace; Lanny Parks

*Defendant*s

Kevin Schroeder; Lance Mason; Shannon Thompson; Michael Hahn

*Defendants - Appellees*

Rodney Rawlins; Jason Gullett

*Defendant*s

Missouri Public Entity Risk Management Fund

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: May 28, 2013
Filed: May 31, 2013
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Gary Gieselman appeals the adverse portion of the district court's[1] judgment in his 42 U.S.C. § 1983 action. After careful review, we conclude that granting the summary judgment motion of certain defendants was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.